```
UNITED STATES DISTRICT COURT            Wheel A
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - X
                                   :
UNITED STATES OF AMERICA           :    Notice of Intent to File
                                   :    An Information
      - v. -                       :
                                   :
SHAWN JENKINS,                     :
                                   :    20 CRIM 639
            Defendant.             :
- - - - - - - - - - - - - - - - - X
```

Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
         November 11, 2020

                                          AUDREY STRAUSS
                                          Acting United States Attorney
                                          Southern District of New York

                        By:  *Mitzi Steiner*
                             MITZI S. STEINER
                             Assistant United States Attorney

                             AGREED AND CONSENTED TO:

                        By:  /s/ Jonathan Marvinny
                             Jonathan Marvinny, ESQ.
                             Attorney for Shawn Jenkins